UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 9, 2019

Nos. 18-2336 & 18-2426

NATIONAL LABOR RELATIONS BOARD,
Cross Petitioner/Respondent

v.

800 RIVER ROAD OPERATING COMPANY, L.L.C., dba Woodcrest Health Care
Center,
Cross-Petitioner/Respondent

(NLRB-1: 22-CA-083628)

Present:  CHAGARES, HARDIMAN and *SILER, Jr., Circuit Judges

1.  Letter Motion by Petitioner to Amend Opinion.


Respectfully,
Clerk/pdb


_____ORDER_____
The foregoing motion is hereby granted.  Page three of our opinion filed August 6, 2019
shall be amended to replace "the Fair Labor Standards Act ("FLSA") or the "Act")."
With "the National Labor Relations Act (the "Act")".

By the Court,

s/Michael A. Chagares
Circuit Judge

Dated: August 22, 2019
cc: All Counsel of Record


*Hon. Eugene E. Siler, Jr., United States Court of Appeals for the Sixth Circuit, sitting by
designation